Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1752
Fax: (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant Jason McClelland

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Marcella Fox, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>State of Arizona, a body politic; Jason McClelland, an individual, on his own behalf and on behalf of his marital community; Jeffrey Van Winkle, an individual, on his own behalf and on behalf of his marital community; Charles Ryan, an individual, on his own behalf and on behalf of his marital community; and David Shinn, an individual, on his own behalf and on behalf of his marital community,<br><br>　　　　　Defendants. | NO.<br><br>**Notice of Removal** |

Defendant Jason McClelland having received a copy of Plaintiff's summons and complaint, hereby notices the removal of the above-captioned case in the Superior Court for the State of Arizona, in the County of Maricopa, Case No.: CV2021-006796 from the Superior Court of Arizona, in the County of Maricopa, to this Court and in support thereof asserts:

9527854.1

1  This Court has jurisdiction pursuant to 28 U.S.C. §1331 (federal question).  This action may be removed pursuant to 28. U.S.C. §1441(a) and 1441(b) because Plaintiff has asserted a civil rights cause of action against Defendant McClelland asserting violation of the Fourteenth Amendment of the United States Constitution arising from the alleged sexual harassment of Plaintiff in violation of the equal protection clause.  Plaintiff has also asserted §1983 claims against Defendants Van Winkle, Ryan and Shinn, alleging that they ratified the alleged unconstitutional conduct.   This Court also has supplemental jurisdiction of those state law claims asserted since they are closely related to the federal claims asserted 28 U.S.C.§1367.

Pursuant to LRCiv. 3.6(b), the following documents are attached as exhibits to this Notice:

| **Exhibit No.** | **Documents Included:** |
|---|---|
| **1** | **Civil Cover Sheet (JS-44)** |
| **2** | **Supplemental Civil Cover Sheet** |
| **3** | **State Court Docket as of 6-22-2021** |
| **4** | **Operative Complaint** |
| **5** | **Service Documents:**<br>• Summons – State of Arizona<br>• Summons – Jason McClelland<br>• Summons – Jeffrey Van Winkle<br>• Summons – David Shinn<br>• Summons – Charles Ryan<br>• Acceptance of Service on behalf of Jason McClelland<br>• Acceptance of Service on behalf of State of Arizona, Jeffrey Van Winkle, David Shinn, and Charles Ryan. |
| **6** | **Notice of Appearance** – Georgia Staton and Ravi Patel for Jason McClelland |
| **7** | **Remainder of the State Court Record**<br>• Certificate of Compulsory Arbitration<br>• Stipulation to Extend Time by Which Jason McClelland |

|   | Must Answer or file a Responsive Pleading<br>• Order Extending Time for Jason McClelland to Answer or otherwise File a Responsive Pleading<br>• Minute Entry re Case Reassignment<br>• Notice Regarding Pending Motions |
|---|---|
| 8 | **Notice of Filing Notice of Removal** |

On or about April 26, 2021, Plaintiff filed a State Court Complaint against the State of Arizona, Jason McClelland, Jeffrey Van Winkle, Charles Ryan, and David Shinn. See **Exhibit 4**. Jason McClelland accepted service of the Complaint on June 1, 2021. The State of Arizona, Van Winkle, Ryan and Shinn accepted service on June 2, 2021. Copies of all service documents are attached hereto as **Exhibit 5**. This Notice of Removal is being filed within 30 days McClelland's acceptance of service and is therefore timely filed under 28 U.S.C. §1446(b). Undersigned counsel has conferred with counsel for Defendants the State of Arizona, Van Winkle, Ryan and Shinn, and they have consented to removal. Thus, all Defendants have consented to removal.

The Defendants have not filed answers at this time. Defendant McClelland was granted an extension of his deadline to file an answer or responsive pleading up to and including July 16, 2021. There are no pending motions at this time.

A Notice of Filing Notice of Removal, a true and correct copy of which is attached as **Exhibit 8,** has been filed in the Superior Court for the State of Arizona, in the County of Maricopa, Case No. CV2021-006796, on behalf of Jason McClelland.

True and correct copies of all pleadings and other documents filed in the state court proceeding have been filed herewith as described above.

///

///

///

DATED this 23rd day of June, 2021.

JONES, SKELTON & HOCHULI P.L.C.

By */s/ Ravi V. Patel*
Georgia A. Staton
Ravi V. Patel
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Jason McClelland

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/ Lorraine Marques*