# EXHIBIT 3



Select Language ▼

Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information
Case Number: CV2021-006796        Judge: Sinclair, Joan
File Date: 4/26/2021              Location: Downtown
Case Type: Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Marcella Fox | Plaintiff | Female | Anne Findling |
| State Of Arizona | Defendant | | Pro Per |
| Jason McClelland | Defendant | Male | Ravi Patel |
| Jeffrey Van Winkle | Defendant | Male | Pro Per |
| Charles Ryan | Defendant | Male | Pro Per |
| David Shinn | Defendant | Male | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 6/17/2021 | CAN - Credit Memo Appearance Fee Paid | 6/17/2021 | |
| **NOTE:** Credit Memo/Appearance Fee Paid ||||
| 6/17/2021 | NOT - Notice | 6/21/2021 | |
| **NOTE:** NOTICE TO COURT ||||
| 6/14/2021 | 066 - ME: Case Reassigned | 6/14/2021 | |
| 6/14/2021 | ORD - Order | 6/14/2021 | |
| **NOTE:** ORDER EXTENDING TIME FOR JASON MCCLELLAND TO ANSWER OR OTHERWISE FILE A RESPONSIVE PLEADING ||||
| 6/9/2021 | NAR - Notice Of Appearance | 6/10/2021 | |
| **NOTE:** Notice of Appearance ||||
| 6/9/2021 | STP - Stipulation | 6/10/2021 | |
| **NOTE:** STIPULATION TO EXTEND TIME BY WHICH JASON MCCLELLAND MUST ANSWER OR FILE A RESPONSIVE PLEADING ||||
| 6/2/2021 | ACS - Acceptance Of Service | 6/3/2021 | |
| **NOTE:** ACCEPTANCE OF SERVICE OF PROCESS / STATE OF ARIZONA CHARLES RYAN DAVID SHINN AND JEFFREY VAN WINKLE ||||
| 6/2/2021 | WSS - Waiver Of Service Of Summons | 6/3/2021 | |
| **NOTE:** ACCEPTANCE OF SERVICE OF PROCESS / JASON MCCLELLAND ||||
| 4/26/2021 | COM - Complaint | 4/26/2021 | |
| **NOTE:** Complaint ||||
| 4/26/2021 | CSH - Coversheet | 4/26/2021 | |
| **NOTE:** Civil Cover Sheet ||||
| 4/26/2021 | CCN - Cert Arbitration - Not Subject | 4/26/2021 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To ||||
| 4/26/2021 | SUM - Summons | 4/26/2021 | |
| **NOTE:** Summons ||||
| 4/26/2021 | SUM - Summons | 4/26/2021 | |
| **NOTE:** Summons ||||
| 4/26/2021 | SUM - Summons | 4/26/2021 | |
| **NOTE:** Summons ||||
| 4/26/2021 | SUM - Summons | 4/26/2021 | |
| **NOTE:** Summons ||||
| 4/26/2021 | SUM - Summons | 4/26/2021 | |
| **NOTE:** Summons ||||

## Case Calendar
**There are no calendar events on file**

**Judgments**
There are no judgments on file