# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcella Fox,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　　Defendants. | **NO. CV-21-01089-PHX-MTL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed November 7, 2023, which granted the Defendants' Motions for Summary Judgment, judgment is entered in favor of Defendants Jason McClelland and Jeffrey Van Winkle and against Plaintiff. The complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 7, 2023

　　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　　By　Deputy Clerk